UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PRESTON G. DEMOUCHETTE, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3005** |
| **BRIAN A. GILBERT, ATT. AT LAW** | **SECTION "C"(3)** |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Preston G. Demouchette's complaint against the defendant, Brian A. Gilbert, is **DISMISSED WITHOUT PREJUDICE** as frivolous and for failure to state a claim for which relief pursuant to 28 U.S.C. § 1915 and § 1915A because the Court lacks jurisdiction.

New Orleans, Louisiana, this 6th day of July, 2009.

_____
**UNITED STATES DISTRICT JUDGE**